LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:    (818) 347-3333
Facsimile:     (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ANDERSON, | Case No. 3:26-cv-06704 |
| Plaintiff, | *Magistrate Judge Lisa J. Cisneros* |
| v. | |
| COUNTY OF ALAMEDA, and DOES 1 through 10, inclusive, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| Defendants. | |

-1-
PROOF OF SERVICE

**TO THE HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby submits this proof of service of the Complaint, Summons, and other documents on Defendant County of Alameda.  (attached hereto as Exhibit "A").

DATED:  July 27, 2026                LAW OFFICES OF DALE K. GALIPO

By _ /s/ *Dale K. Galipo* _____
     Dale K. Galipo
     Eric Valenzuela
     Attorneys for Plaintiffs

-2-
PROOF OF SERVICE