# "EXHIBIT A"

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

<table>
<tr><td>KRISTINA ANDERSON,<br><br><br><br><hr><i>Plaintiff(s)</i><br><br>v.<br><br>COUNTY OF ALAMEDA, <s>and DOES 1 through 10</s>,<br><s>inclusive</s><br><br><br><hr><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  4:26-cv-06704   LJC</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COUNTY OF ALAMEDA
<s>DOES 1 through 10, inclusive</s>

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
Eric Valenzuela, SBN 284500
21800 Burbank Blvd,, Suite 310
Woodland Hills, CA 91367
Tel. No. (818) 347-3333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:          7/2/2026

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   4:26-cv-06704

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*      **COUNTY OF ALAMEDA**

was received by me on *(date)*    **7/07/2026**    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I served the summons on *(name of individual)* Shabana Ali, Administrative assistant, who is designated by law to accept service of process on behalf of *(name of organization)* COUNTY OF ALAMEDA on *(date)* 7/07/2026 at *(address)* 1221 Oak Street, #450, Oakland, CA 94612.

My fees are $ _____ for travel and $ _____ for services, for a total of $   **$99.74**   .

I declare under penalty of perjury that this information is true.

Date:    **7/09/2026**

_____
*Server's signature*

**Christian O. Wilson, California Registered Process Server**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 South Figueroa Street, Suite 900**
**Los Angeles, CA 90017**
**(213) 623-3979**
**REGISTRATION: 2024-0001553**
**COUNTY: ALAMEDA**
*Server's address*

Additional information regarding attempted service, etc:

Additionally, "SUMMONS; COMPLAINT; STANDING ORDER FOR CIVIL PRETRIAL CONFERENCES FOR MAGISTRATE JUDGE LISA J. CISNEROS; TRIAL EXHIBIT LIST OF MAGISTRATE JUDGE LISA J. CISNEROS; SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE LISA J. CISNEROS; CIVIL STANDING ORDER FOR MAGISTRATE JUDGE LISA J. CISNEROS; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES" were served as well.